UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON S., | ) | CIVIL ACTION NO. 4:21-CV-1598 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI, | ) | |
| Defendant | ) | |
| | ) | |

## **ORDER**

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1)     The final decision of the Commissioner is AFFIRMED.

(2)     Final judgment will be issued pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of the Commissioner by separate order.

(3)     The Clerk of Court is DIRECTED to close this case.

Date: May 30, 2023

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge